**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-22539-ALTMAN**

**FERNANDO GARCIA**,

     *Petitioner*,

*v.*

**UNITED STATES ATTORNEY**
**GENERAL**, *et al.*,

     *Respondents*.

_____/

## ORDER

The Petitioner, Fernando Garcia, has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging the constitutionality of his detention in the custody of Immigration and Customs Enforcement ("ICE"). *See generally* Petition [ECF No. 1]. As we'll explain, we find that we lack jurisdiction and **TRANSFER** this case to the United States District Court for the Middle District of Florida.

"Section 2241 petitions may be brought only in the district in which the inmate is incarcerated." *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991); *see also United States v. Lassiter*, 812 F. App'x 896, 900 (11th Cir. 2020) (recognizing that, "[u]nder the plain language of § 2241, 'jurisdiction lies in only one district: the district of confinement'" (quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004))). Garcia is detained at "South Florida Detention Center"—an immigration facility at 54575 Tamiami Trail East, Ochopee, Florida, 34141. *See* Petition at 1; *see also id.* at 9. Ochopee, Florida, is served by Collier County, which lies in the Middle District of Florida. *See* 28 U.S.C. § 89(b) ("The Middle District comprises the counties of . . . Collier[.]"). Since that's where

Garcia is confined, "[a]ny other district court lacks jurisdiction" over the Petition. *United States v. Brown*, 748 F. App'x 286, 287 (11th Cir. 2019) (citing *Fernandez*, 941 F.2d at 1495).

We therefore **ORDER AND ADJUDGE** that:

1.      The Clerk of Court shall **TRANSFER** this case to the United States District Court for the Middle District of Florida, Fort Myers Division. *See* 28 U.S.C. § 89(b); *see also* M.D. FLA. L.R. 1.04(a).

2.      All pending motions are **DENIED as moot**.

3.      The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on April 20, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      Fernando Garcia, *pro se*

Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov

2